IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID MACKENZIE,

    Plaintiff

vs.

KINDRED HOSPITALS EAST,
L.L.C. (formerly known as
VENCOR HOSPITALS EAST,
L.L.C.),

    Defendant.
_____/

CASE NO. 8:00-cv-2405-T-23B

COLLECTIVE ACTION

### PLAINTIFF'S RESPONSE TO THE COURT'S ORDER OF JULY 23, 2003 REGARDING ATTORNEYS' FEES

COMES NOW, Plaintiff, DAVID MACKENZIE, by and through his undersigned counsel and pursuant to this Court's Order of July 23, 2003, hereby files this response with the Court with respect to the award of reasonable attorneys' fees. The parties have discussed and negotiated a reasonable fee award in this matter and accordingly no further action or relief of this Court is necessary.

        Respectfully submitted,

        By_____
        DAVID J. LINESCH
        Florida Bar No. 0376078
        The Linesch Firm
        700 Bee Pond Road
        Palm Harbor, FL  34683
        Voice: (727) 786-0000
        Facsimile: (727) 786-0974
        Attorney for Plaintiff



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been mailed, postage prepaid, U. S. Mail, this 31st day of July, 2003 to: Christine E. Howard, Esq., Fisher & Phillips, LLP, 1500 Resurgens Plaza, 945 East Paces Ferry Road, Atlanta, GA, 30326.

DAVID J. LINESCH